UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES HUMES, an individual, DIANE ABELLA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC., an entity and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.  1:15-cv-01861-BAM<br><br>[*Assigned to the Hon. Barbara A. McAuliffe, Courtroom 8*]<br><br>**JOINT STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION DEADLINE; ORDER**<br><br>Complaint Filed: October 28, 2015<br>Removal Date:    December 11, 2015 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Plaintiffs DELORES HUMES and DIANE ABELLA, on behalf of the putative class ("Plaintiffs"), and Defendant FIRST STUDENT, INC. ("Defendant"), collectively "the Parties," by and through their counsel of record, HEREBY STIPULATE AND AGREE to a continuance of the deadline for Plaintiff's Motion for Class Certification ("motion") and related briefing schedule, as follows:

WHEREAS, on March 18, 2016, the Court issued a Preliminary Scheduling Order setting forth the briefing schedule for Plaintiffs' forthcoming motion for class certification;

WHEREAS, the Parties are actively engaged in the discovery process, and in particular, are in the midst of scheduling depositions and meeting and conferring as to various document production issues;

WHEREAS, Plaintiffs' motion for class certification is presently due to be filed on September 2, 2016;

WHEREAS, Plaintiffs need additional time to complete discovery necessary for a motion for class certification;

1  WHEREAS, Defendant has filed a motion for summary judgement that is presently set to
2  be heard on October 7, 2016, at 9:00 a.m., in courtroom 8;

3  WHEREAS, the Parties would like to resolve the class period tolling issue raised by
4  Defendant's motion for summary judgment before litigating Plaintiffs' forthcoming motion for
5  class certification;

6  WHEREAS, no previous extensions have been sought;

7  WHEREAS, no trial date has been set;

8  WHEREAS, this Stipulation will promote judicial economy and is in the interests of the
9  Parties;

10  The Parties accordingly request that the briefing scheduling and hearing date for Plaintiffs'
11  forthcoming motion for class certification be modified as follows:

12  Class Certification Motion Filing Deadline:  November 18, 2016

13  Class Certification Opposition:  January 18, 2017

14  Class Certification Reply:  April 7, 2017

15  Class Certification Discovery Cutoff:  April 7, 2017

16  Class Certification Hearing:  April 28, 2017
17  Time: 9:00 a.m.
   Dept: 8 (BAM)

18  IT IS SO STIPULATED.

19

20  DATED: August 17, 2016         LAW OFFICES OF THOMAS W. FALVEY
                                   THE GILLAM LAW FIRM
21
                                   By: /s/Michael H. Boyamian (as authorized
22                                      on 8/17/2016)
                                   THOMAS W. FALVEY
23                                 MICHAEL H. BOYAMIAN
                                   ARMAND R. KIZIRIAN
24                                 CAROL L. GILLAM
                                   SARA HEUM
25                                 Attorney for Plaintiffs DELORES HUMES and
                                   DIANE ABELLA, individually and on behalf of all
26                                 others similarly situated

27  DATED: August 17, 2016         LITTLER MENDELSON, P.C.

28                                 By: /s/David J. Dow (as authorized on 8/17/2016)

2

THEODORE R. SCOTT
DAVID J. DOW
O. MISHELL P. TAYLOR
HEATHER L. SHOOK
Attorneys for Defendant
FIRST STUDENT, INC.

## ORDER

The Court, having considered the parties' Stipulation to Continue the Class Certification Deadlines, finds that good cause exists to continue the motion for class certification and related filings to the following dates:

| | |
|---|---|
| Class Certification Motion Filing Deadline: | November 18, 2016 |
| Class Certification Opposition: | January 18, 2017 |
| Class Certification Reply: | April 7, 2017 |
| Class Certification Discovery Cutoff: | April 7, 2017 |
| Class Certification Hearing: | May 5, 2017<br>Time:  9:00 a.m.<br>Dept:   8 (BAM) |

IT IS SO ORDERED.

Dated:  **August 19, 2016**               /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE