LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
thomaswfalvey@gmail.com
MICHAEL H. BOYAMIAN, SBN 256107
mike.falveylaw@gmail.com
ARMAND R. KIZIRIAN, SBN 293992
armand.falveylaw@gmail.com
550 North Brand Boulevard, Suite 1500
Glendale, California, 91203
Telephone:   (818) 547-5200
Facsimile:    (818) 500-9307

Attorneys for Plaintiffs DELORES HUMES and
DIANE ABELLA and the Putative Class

THEODORE E. SCOTT, Bar No. 108849
tscott@littler.com
DAVID J. DOW, Bar No. 179407
ddow@littler.com
O. MISHELL P. TAYLOR, Bar No. 256850
mtaylor@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101-3577
Telephone:   619.232.0441
Facsimile:    619.232.4302

Attorneys for Defendant
FIRST STUDENT, INC.

(*Additional Counsel Listed on Following Page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES HUMES, an individual, DIANE ABELLA, an individual, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>FIRST STUDENT, INC., an entity and DOES 1 – 100, inclusive,<br><br>                              Defendants. | Case No.  1:15-cv-01861-BAM<br><br>[*Assigned to the Hon. Barbara A. McAuliffe, Courtroom 8*]<br><br>**JOINT STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION DEADLINE; [PROPOSED] ORDER**<br><br>Complaint Filed: October 28, 2015<br>Removal Date:    December 11, 2015 |

THE GILLAM LAW FIRM
CAROL L. GILLAM, SBN 102354
carol@gillamlaw.com
SARA HEUM, SBN 288136
sara@gillamlaw.com
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Telephone: (424) 901-8372
Facsimile: (310) 203-9922

Attorneys for Plaintiffs DELORES HUMES
And DIANE ABELLA and the Putative Class

HEATHER L. SHOOK, Bar No. 268716
hshook@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299
Attorneys for Defendant
FIRST STUDENT, INC.

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Plaintiffs DELORES HUMES and DIANE ABELLA, on behalf of the putative class ("Plaintiffs"), and Defendant FIRST STUDENT, INC. ("Defendant"), collectively "the Parties," by and through their counsel of record, HEREBY STIPULATE AND AGREE to a continuance of the deadline for Plaintiff's Motion for Class Certification ("motion") and related briefing schedule, as follows:

WHEREAS, on March 18, 2016, the Court issued a Preliminary Scheduling Order setting forth the briefing schedule for Plaintiffs' forthcoming motion for class certification;

WHEREAS, on August 17, 2016, the Parties stipulated to a revised briefing schedule regarding Plaintiffs' forthcoming motion for class certification, and the Court entered an Order adopting said revised briefing schedule on August 19, 2016;

WHEREAS, Plaintiffs served a First Set of Request for Production of Documents on May 6, 2016;

WHEREAS, Defendant responded to Plaintiffs' First Set of Request for Production for Documents on June 23, 2016;

WHEREAS, Plaintiffs sent a meet and confer letter concerning Defendant's responses to Plaintiffs' First Set of Production for Documents on August 1, 2016;

WHEREAS, Plaintiffs and Defendant then conferred a number of times regarding what documents Defendant would ultimately produce;

WHEREAS, Defendant informed Plaintiffs on October 12, 2016, that 37 bankers boxes of documents responsive to Plaintiff's First Set of Request for Production of Documents would be made available at an off-site facility in Hayward, California, beginning on October 24, 2016;

WHEREAS, Plaintiffs are in the process of engaging a copier and planning an inspection date(s) for the documents at the Hayward facility;

WHEREAS, Plaintiffs intend to use the documents at the Hayward facility as part of their prove-up for the motion for class certification;

1  WHEREAS, Plaintiffs' present deadline to move for class certification is
2  November 18, 2016;
3  WHEREAS, Plaintiffs will require additional time between the document
4  inspection date and the class certification motion deadline in order to meaningfully
5  incorporate the information gleaned from said documents into their moving papers;
6  WHEREAS, no trial date has been set;
7  WHEREAS, this Stipulation will promote judicial economy and is in the
8  interests of the Parties;
9  ///

18  ///

28  ///

1   The Parties accordingly request that the briefing scheduling and hearing date
2   for Plaintiffs' forthcoming motion for class certification be modified as follows:
3       Class Certification Motion Filing Deadline: December 23, 2016
4       Class Certification Opposition: February 24, 2017
5       Class Certification Reply: May 19, 2017
6       Class Certification Discovery Cutoff: May 19, 2017
7       Class Certification Hearing: June 9, 2017
    Time: 9:00 a.m.
8       Dept: 8 (BAM)

9   IT IS SO STIPULATED.

11  DATED: October 31, 2016    LAW OFFICES OF THOMAS W. FALVEY
    THE GILLAM LAW FIRM

12      By: [*see separate attachment, L.R. 131(e)*]
13      THOMAS W. FALVEY
    MICHAEL H. BOYAMIAN
    ARMAND R. KIZIRIAN
14      CAROL L. GILLAM
    SARA HEUM
15      Attorney for Plaintiffs DELORES HUMES
    and DIANE ABELLA, individually and on
16      behalf of all others similarly situated

17  DATED: October 31, 2016    LITTLER MENDELSON, P.C.

18      By: [*see separate attachment, L.R. 131(e)*]
19      THEODORE R. SCOTT
    DAVID J. DOW
    O. MISHELL P. TAYLOR
20      HEATHER L. SHOOK
    Attorneys for Defendant
21      FIRST STUDENT, INC.

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation to Continue the Class Certification Deadlines, finds that good cause exists to continue the motion for class certification and related filings to the following dates:

| | |
|---|---|
| Class Certification Motion Filing Deadline: | December 23, 2016 |
| Class Certification Opposition: | February 24, 2017 |
| Class Certification Reply: | May 19, 2017 |
| Class Certification Discovery Cutoff: | May 19, 2017 |
| Class Certification Hearing: | June 9, 2017 |
| | Time:   9:00 a.m. |
| | Dept:   8 (BAM) |

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE