LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
thomaswfalvey@gmail.com
MICHAEL H. BOYAMIAN, SBN 256107
mike.falveylaw@gmail.com
ARMAND R. KIZIRIAN, SBN 293992
armand.falveylaw@gmail.com
550 North Brand Boulevard, Suite 1500
Glendale, California, 91203
Telephone:   (818) 547-5200
Facsimile:    (818) 500-9307

Attorneys for Plaintiffs DELORES HUMES and DIANE ABELLA and the Putative Class

THEODORE E. SCOTT, Bar No. 108849
tscott@littler.com
DAVID J. DOW, Bar No. 179407
ddow@littler.com
O. MISHELL P. TAYLOR, Bar No. 256850
mtaylor@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101-3577
Telephone:   619.232.0441
Facsimile:    619.232.4302

Attorneys for Defendant
FIRST STUDENT, INC.

(*Additional Counsel Listed on Following Page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES HUMES, an individual, DIANE ABELLA, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FIRST STUDENT, INC., an entity and DOES 1 – 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  1:15-cv-01861-BAM<br><br>[*Assigned to the Hon. Barbara A. McAuliffe, Courtroom 8*]<br><br>**JOINT STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION DEADLINES; ORDER**<br><br>Complaint Filed:  October 28, 2015<br>Removal Date:    December 11, 2015 |

THE GILLAM LAW FIRM
CAROL L. GILLAM, SBN 102354
carol@gillamlaw.com
SARA HEUM, SBN 288136
sara@gillamlaw.com
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Telephone:  (424) 901-8372
Facsimile:   (310) 203-9922

Attorneys for Plaintiffs DELORES HUMES
And DIANE ABELLA and the Putative Class

HEATHER L. SHOOK, Bar No. 268716
hshook@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Fax No.:      213.443.4299
Attorneys for Defendant
FIRST STUDENT, INC.

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

    Plaintiffs DELORES HUMES and DIANE ABELLA, on behalf of the putative class ("Plaintiffs"), and Defendant FIRST STUDENT, INC. ("Defendant"), collectively "the Parties," by and through their counsel of record, HEREBY STIPULATE AND AGREE to a continuance of the deadline for Plaintiff's Motion for Class Certification ("motion") and related briefing schedule, as follows:

    WHEREAS, on December 23, 2016, Plaintiffs filed their Motion for Class Certification; and

    WHEREAS, since Plaintiffs filed their Motion for Class Certification the parties have been diligently working to schedule depositions for Plaintiffs and putative class members who submitted declarations in support of Plaintiffs' Motion for Class Certification; and

    WHEREAS, Defendant must complete those depositions in order to fully and adequately respond to Plaintiffs' Motion for Class Certification; and

    WHEREAS, those depositions are scheduled for completion the week of February 20, 2017;

    WHEREAS, after completing those depositions, Defendant will require additional time to obtain copies of the transcripts and prepare its opposition to the Motion for Class Certification;

    WHEREAS, the depositions will not be completed in sufficient time for Defendant to be able to prepare and file its Opposition to the Motion for Class Certification by the current deadline of February 24, 2017; and

    WHEREAS, the parties twice stipulated to continue the deadline for Plaintiffs to file their Motion for Class Certification in order to provide Plaintiffs sufficient time to complete discovery before filing said Motion; and

    WHEREAS, no trial date has been set; and

1  WHEREAS, this Stipulation will promote judicial economy and is in the
2  interests of the Parties;
3  The Parties accordingly stipulate and request that the briefing scheduling and
4  hearing date for Plaintiffs' Motion for Class Certification be modified as follows:

| | |
|---|---|
| Class Certification Opposition: | March 24, 2017 |
| Class Certification Reply: | June 15, 2017 |
| Class Certification Discovery Cutoff: | June 15, 2017 |
| Class Certification Hearing: | July 7, 2017<br>Time: 9:00 a.m.<br>Dept: 8 (BAM) |

IT IS SO STIPULATED.

DATED: February 21, 2017         LAW OFFICES OF THOMAS W. FALVEY
                                 THE GILLAM LAW FIRM

                                 By: /s/ Michael Boyamian (as authorized on 2/21/17)
                                 THOMAS W. FALVEY
                                 MICHAEL H. BOYAMIAN
                                 ARMAND R. KIZIRIAN
                                 CAROL L. GILLAM
                                 SARA HEUM
                                 Attorney for Plaintiffs DELORES HUMES and DIANE ABELLA, individually and on behalf of all others similarly situated

DATED: February 21, 2017         LITTLER MENDELSON, P.C.

                                 By: /s/ David J. Dow
                                 THEODORE R. SCOTT
                                 DAVID J. DOW
                                 O. MISHELL P. TAYLOR
                                 HEATHER L. SHOOK
                                 Attorneys for Defendant
                                 FIRST STUDENT, INC.

4
JOINT STIPULATION TO CONT. MOTION FOR CLASS CERT. DEADLINES

# ORDER

The Court, having considered the parties' Stipulation to Continue the Class Certification Deadlines, finds that good cause exists to continue the motion for class certification and related filings to the following dates:

| | |
|---|---|
| Class Certification Opposition: | March 24, 2017 |
| Class Certification Reply: | June 15, 2017 |
| Class Certification Discovery Cutoff: | June 15, 2017 |
| Class Certification Hearing: | July 7, 2017<br>Time:  9:00 a.m.<br>Dept:  8 (BAM) |

IT IS SO ORDERED.

Dated:  **February 22, 2017**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE